W. F. Hultquist, appellee, v. Elmer E. Lindquist and George Remus, appellants. Gen. No. 25,764.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

George Remus, *pro se*. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Forsythe Brothers Company, appellee, v. The Bankers Surety Company and Leopold J. Mensch, appellants. Gen. No. 24,672.

Leopold J. Mensch, appellant, v. Forsythe Brothers Company, appellee. Gen. No. 24,673.

Actions to recover on contractor's bond and for money due under building contracts. Judgment for plaintiff in action on bond and for defendant in action on building contracts. Appeals from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed March 9, 1920.

Fisher, Boyden, Kales & Bell and John Taylor Booz, for appellants; J. F. Dammann, Jr., and John Taylor Booz, of counsel. Winston, Strawn & Shaw, for appellee; Edward W. Everett, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Josephine Marofske, administratrix of the estate of William Marofske, deceased, plaintiff in error, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, and John F. Martin, defendants in error. Gen. No. 24,889.

Action to recover for wrongful death in collision between street car and automobile. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed March 9, 1920. Rehearing denied March 22, 1920.

Jacob Levy and Josiah Burnham, for plaintiff in error. Miller, Gorham & Wales, for defendant in error John F. Martin.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Charles L. Sherlock, appellee, v. John Garalius et al., on appeal of John Garalius, appellant. Gen. No. 24,995.

Judgment by confession on promissory note, under power of attorney. Motion to vacate judgment denied. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed March 9, 1920.

Frank F. Tollkuehn, for appellant. Robert E. Turney, for appellee; Oliver B. Opsahl, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.